**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6369**

COREY LAMONDE JAMES,

　　　　　Plaintiff - Appellant,

　　　v.

GARY D. MAYNARD; GENE M. JOHNSON,

　　　　　Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:09-cv-02885-AW)

Submitted:  May 26, 2011　　　　　　Decided:  June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corey Lamonde James, Appellant Pro Se.  Nichole Cherie Gatewood, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. Maynard, No. 8:09-cv-02885-AW (D. Md. filed Feb. 22, 2011; entered Feb. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED